MORAN, administratrix, etc., appellant, v. NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY.

*Negligence — of co-employee — Objection — without grounds stated unavailable.*

Plaintiff's testator, who was the employee of defendant, a railroad company, was killed by an accident on one of defendant's trains upon which he was going to his work. *Held*, that an omission by a signal man of defendant to place a signal, which omission caused the accident, it not being shown that any of

defendant's employees was unskillful or incompetent would be the negligence of a co-employee of the intestate and give plaintiff no right to recover against defendant. *Warner* v. *Erie Railway Company*, 39 N. Y. 468.

An objection to the admission of testimony stating no ground for excluding it *held* too general to be of avail.

APPEAL from an order denying a new trial upon the minutes, the court also ordering exceptions to be heard in the first instance at the general term.

*Amasa J. Parker*, for plaintiff and appellant.

*Samuel Hand*, for defendant and respondent.

BOCKES, J

There were no points of importance passed upon in the opinion which require its publication at length.

*Judgment affirmed.*